SAM BRUNO, Appellant, v. ROCKWELL's BAKERY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse and grant a new trial on the ground that the facts disclosed in plaintiff's case presented issues of negligence and contributory negligence that should be passed upon by a jury.

BERNARD ZEIF and EUGENE MOSES, Appellants, v. E. B. B. REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE HEBREW PUBLISHING COMPANY, Respondent, v. ASHER SCHARFSTEIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and dismiss the complaint.

DAVID S. STERN CORPORATION, Respondent, v. JACKSON TRADING Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.